UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ2139 08CR2456-DMS |
| vs. | ORDER |
| SAM WHITESIDE | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

SALVADOR CISNEROS - GALVAN

DATED: 7/25/8

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** [signature] **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature] **Deputy Clerk**

**J. JARABEK**



☆ U.S. GPO: 2003-581-774/70082